UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Betty Jene Hurtte,**      CASE NO: 13-48329
                     CHAPTER: 13
         Debtor.       JUDGE: RHODES

_____/

## MOTION TO ALLOW DEBTOR TO TRANSFER INTEREST IN TIME SHARE

**NOW COMES**, Betty Jene Hurtte, Debtor, by and through Counsel, Frego & Associates-The Bankruptcy Law Office, PLC, and in support of this Motion to Allow Debtor to Transfer Interest in Time Share states as follows:

1. Debtor filed a Chapter 13 Petition on or about April 24, 2013.
2. Debtor's plan was confirmed on or about October 3, 2013.
3. Debtor is the owner of a time share located at Westgate Resorts, Unit 5200/5262, Week 8, Parcel Tax I.D. R102527-0000-0011-0000 which is owned free and clear by Debtor. (Hereinafter referred to as "time share")
4. Debtor surrendered her interest in the time share pursuant to the confirmed plan.
5. Historically, Debtor's daughter and other members of Debtor's family have paid the annual taxes, maintenance and dues for the time share in consideration for using the time share.
6. Westgate Resorts has refused to accept any payments by Debtor's family due to their treatment as "surrendered" in the confirmed plan.
7. Westgate Resorts has refused to allow the Debtor's family to utilize the time share until such time as the time share is transferred out of the Debtor's name or the debtor's plan is amended to treat them as a direct pay in the plan.
8. Debtor wishes to transfer her interest in the time share to her daughter, Ivy M. McIlwain, so that the debtor's daughter may assume all future liability for taxes, maintenance and dues related to said time share.
9. The proposed grantee's name and address are: Ivy M. McIlwain, 6976 Leslee Crest Lane, West Bloomfield, MI 48322-3724.
10. Said transfer of the Debtor's interest in the time share will not adversely impact any of the creditors and Debtor will receive no compensation or consideration as a result of the transfer.
11. No other terms or conditions of the Chapter 13 plan will be altered as a result of the transfer.
12. A proposed Order to Transfer Interest in Time Share is attached hereto as Exhibit 1 and incorporated by reference herein.

**WHEREFORE,** Debtor prays this Honorable Court will enter an Order Allowing Debtor to Transfer Interest in Time Share.

Dated: November 8, 2013

                                          /s/ Andrea Howard
                                          Frego and Associates-The Bankruptcy Law Office, PLC
                                          Attorney(s) for the Debtor
                                          23843 Joy Rd.
                                          Dearborn Heights, MI 48127
                                          (313) 724-5088
                                          fregolaw@aol.com
                                          Andrea Howard (P69860)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Betty Jene Hurtte,**                                 CASE NO: 13-48329
                                                              CHAPTER: 13
              Debtor.                                    JUDGE: RHODES
_____/

**ORDER ALLOWING DEBTOR TO TRANSFER INTEREST IN TIME SHARE**

Debtor having filed a Motion to Allow Debtor to Transfer Interest in Time Share, all interested parties having received Notice, a Certificate of No Response having been filed or a hearing having been held, and the Court being more fully advised;

**IT IS HEREBY ORDERED:**

1. Debtor shall be allowed to transfer her interest in the Time Share located at Westgate Resorts, Unit 5200/5262, Week 8, recorded in Official Records Book 1564 Page 1479 as defined in the Declaration of Covenants, Conditions and Restrictions, of the Public Records of Osceola County, Florida ("The Plan") Parcel Tax I.D. R102527-0000-0011-0000 to : Ivy M. McIlwain, 6976 Leslee Crest Lane, West Bloomfield, MI 48322-3724.

2. No other terms or conditions of the Chapter 13 plan are altered.

EXHIBIT 1

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Betty Jene Hurtte**  Case No. **13-48329-swr**

Debtor

Address **19110 Santa Barbara Dr.**
**Detroit, MI 48221**   Chapter **13**

Last four digits of Social Security or Individual Tax-
payer Identification (ITIN) No(s).,(if any):  **xxx-xx-2188**

Employer's Tax Identification (EIN) No(s). (if any):

## NOTICE OF MOTION TO ALLOW DEBTOR TO TRANSFER INTEREST IN TIME SHARE

Debtor has filed papers with the court to transfer interest in a time share.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, **within 14 days**, you or your attorney must:

1. File with the court a written response or an answer, that complies with F.R. Civ. P. 8(b),(c) and (e), explaining your position at:

   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, Michigan 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to:

| | | |
|---|---|---|
| Frego & Associates, The | Krispen S. Carroll | Betty Hurtte |
| Bankruptcy Law Office, PLC | 719 Griswold | 19110 Santa Barbara Dr. |
| Attorneys for Debtor | Dime Bldg., Ste. 1100 | Detroit, MI 48221 |
| 23843 Joy Road | Detroit, MI 48226 | |
| Dearborn Heights, MI 48127 | | |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated: November 8, 2013   /s/ Andrea Howard
   Frego & Associates-The Bankruptcy Law Office, PLC
   Attorney(s) for the Debtor
   23843 Joy Rd.
   Dearborn Heights, MI 48127
   (313) 724-5088
   fregolaw@aol.com

EXHIBIT 2   Andrea Howard (P69860)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Betty Jene Hurtte,**  CASE NO: 13-48329
 CHAPTER: 13
Debtor.  JUDGE: RHODES
_____/

## CERTIFICATE OF SERVICE

Andrea Howard, under penalty of contempt of court, hereby certifies that on November 8, 2013, she served **Motion to Allow Debtor to Transfer Interest in Time Share, Exhibits 1, 2, 4, & 6** by using the E.C.F. system which will provide electronic notification to the following party**:**

TRUSTEE: Krispen S. Carroll: **notice@det13ksc.com**

Dated: November 8, 2013

/s/ Andrea Howard
Frego & Associates-The Bankruptcy Law Office, PLC
Attorney(s) for the Debtor
23843 Joy Rd.
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com
Andrea Howard (P69860)

and Peter J. Ramik, Jr., under penalty of contempt of court, hereby certifies that on _____, he served **Motion to Allow Debtor to Transfer Interest in Time Share, Exhibits 1, 2 & 4 and Certificate of Service** of same, by depositing them in the U.S. mail, postage prepaid, and properly addressed as follows:

CREDITORS: All Creditors on Attached P.A.C.E.R. Matrix.

/s/ Peter J. Ramik, Jr.
Peter J. Ramik, Jr.
An employee of
Frego & Associates-The Bankruptcy Law Office, PLC
23843 Joy Rd.
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com

EXHIBIT 4